# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ERIC J. EVANS,** | ) |
| Plaintiff, | ) Case No. 2:12-cv-01442-LRH-CWH |
| v. | ) |
| **SOUTHERN WINE AND SPIRITS OF NEVADA, INC.,** *et. al.*, | ) |
| Defendants. | ) **ORDER REGARDING:** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to dismissal (with prejudice) of the above-captioned case.

Respectfully submitted,

/s/ *E. Leif Reid*          /s/ *Paul S. Padda*
_____           _____
Lewis & Roca, LLP            Cohen & Padda, LLP
Reno, Nevada                 Las Vegas, Nevada

/s/ *Keith R. Thorell*       Attorney for Plaintiff
_____
Korshak, Kracoff, Kong & Sugano, LLP     Dated: December 14, 2012
Los Angeles, California

Attorneys for Defendants

Dated: December 14, 2012

**IT IS SO ORDERED:**

**The parties' stipulation for dismissal is hereby approved. This matter is dismissed with prejudice.**

DATED December 17, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE