# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC J. EVANS,

               Plaintiff,

   v.

SOUTHERN WINE AND
SPIRITS OF NEVADA, INC.,
*et. al.*,

             Defendants.

Case No. 2:12-cv-01442-LRH-CWH

**ORDER REGARDING:**

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to dismissal (with prejudice) of the above-captioned case.

Respectfully submitted,

/s/ *E. Leif Reid*
_____
Lewis & Roca, LLP
Reno, Nevada

/s/ *Keith R. Thorell*
_____
Korshak, Kracoff, Kong & Sugano, LLP
Los Angeles, California

Attorneys for Defendants

Dated: December 14, 2012

/s/ *Paul S. Padda*
_____
Cohen & Padda, LLP
Las Vegas, Nevada

Attorney for Plaintiff

Dated: December 14, 2012

**IT IS SO ORDERED:**

**The parties' stipulation for dismissal is hereby approved.  This matter is dismissed with prejudice.**

DATED December 17, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE